**BEFORE THE UNITED STATES JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION**

*MDL No. 2886*
*In re: Allura Fiber Cement Siding Litigation*
*Lowe, et al. v. Allura USA LLC, et al.*

**PROOF OF SERVICE**

This is to certify that on January 31, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the Court's CM/ECF electronic service system, which will send notification of such filing to parties of record.

BY:   /s/*Phillip W. Segui, Jr.*
         PHILLIP W. SEGUI, JR.